United States District Court<br>Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IAFETA MAUIA,

    Plaintiff,

v.

PETROCHEM INSULATION, INC.,

    Defendant.

Case No. 18-cv-01815-TSH

**JUDGMENT**

On January 16, 2020, the Court granted in part Defendant Petrochem Insulation Inc.'s motion to dismiss, thereby dismissing Plaintiff Iafeta Mauia's FLSA and final wage claims with prejudice. ECF No. 93. The Court denied Petrochem's motion as to Mauia's UCL and meal and rest period claims. Petrochem subsequently appealed, and on July 20, 2021, the Ninth Circuit reversed, finding dismissal appropriate as to the remaining claims. ECF No. 116. The Ninth Circuit issued its formal mandate today. ECF No. 117. As such, pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS JUDGMENT** in favor of Defendant Petrochem Insulation Inc. and against Plaintiff Iafeta Mauia. The Clerk of Court shall close the file in this matter.

    **IT IS SO ORDERED.**

Dated: August 11, 2021

_____
THOMAS S. HIXSON
United States Magistrate Judge